AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| GARCIA, ORLANDO L | U.S. DISTRICT COURT | 05/07/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ARTICLE III JUDGE | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| John H. Wood, Jr. US Courthse. 655 E. Durango Blvd. San Antonio, TX 78206 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | State legislative and judicial pension accounts which have vested and are created under Texas state law. |
| 2. | I am presently receiving my legislative pension which began at age 50; and I will receive my state judicial pension at age 60. |
| 3. | |

RECEIVED 2008 MAY 19 A 11:36 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| GARCIA, ORLANDO L | 05/07/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARCIA, ORLANDO L | 05/07/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | Washington Mutual Credit Card | Credit Card | J |
| 3. | Bank of America | Credit Card | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARCIA, ORLANDO L | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Frost Bank Checking | A | Int./Div. | J | T | | | | | |
| 2. Frost Bank Savings | A | Int./Div. | J | T | | | | | |
| 3. Texas Tomorrow Fund (SEE NOTATION UNDER Part VIII.) | | | | | | | | | |
| 4. Calamos Growth Fund Class A | A | Dividend | K | T | | | | | |
| 5. Touchstone Emerging Growth Fund Class A | A | Dividend | J | T | | | | | |
| 6. Blackstone All Cap Global Resources C | A | Dividend | J | T | | | | | |
| 7. FT Mutual Discovery (C) | A | Dividend | J | T | | | | | |
| 8. Calamos Growth Fund & Income Fund Class A | | | | | Sell | 11/02 | J | | |
| 9. Cohen & Steers Realty Income Fund Class A | | | | | Sell | 11/02 | J | | |
| 10. Corporate High Yield Fund | | | | | Sell | 11/02 | J | A | |
| 11. Delaware Diversified Fund Class A | | | | | Sell | 10/25 | J | | |
| 12. First Eagle Global Fund | | | | | Sell | 11/02 | K | | |
| 13. First Eagle Overseas Fund Class A | | | | | Sell | 11/02 | K | | |
| 14. MFS Strategic Value Class A | | | | | Sell | 11/02 | K | B | |
| 15. Pioneer High Yield Fund Class A | | | | | Sell | 11/02 | J | | |
| 16. Sun America Focused Balanced Strategy Fund A | | | | | Sell | 11/02 | J | A | |
| 17. Sun America Focused Balanced Strategy Fund C | | | | | Sell | 11/02 | K | A | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| GARCIA, ORLANDO L | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Alliance Berstein America's Govt. Income | | | | | Sell | 11/02 | K | | |
| 19. American Funds Growth Fund | | | | | Sell | 11/02 | J | | |
| 20. Vanguard Balanced Fund | | | | | Buy | 3/12 | J | | |
| 21. Vanguard Balanced Fund | | | | | Sell | 6/14 | J | | |
| 22. Growth Fund America Class F | | | | | Buy | 12/17 | K | | |
| 23. Ivy Global Real Estate A | | | | | Buy | 11/02 | K | | |
| 24. Blackrock High Yield Fund VI | | | | | Buy | 11/02 | J | | |
| 25. ING Funds Global Real Estate Class A | | | | | Buy | 11/02 | J | | |
| 26. ING Funds Global Real Estate Class C | | | | | Buy | 3/19 | J | | |
| 27. Ivy FD Global Nat Res Class A | | | | | Buy | 11/02 | K | | |
| 28. Loomis SYLS Strat Income Class A | | | | | Buy | 11/02 | K | | |
| 29. Blackrock Funds Large Cap Value FD Class A | | | | | Buy | 12/17 | J | | |
| 30. Clamos INVIT TR New Conv Growth Income FD Class A | | | | | Buy | 12/17 | J | | |
| 31. Delaware Pooled TR Diversified Oncome FU Class A | | | | | Buy | 12/17 | K | | |
| 32. First Eagle SOGEN Global FD Class A | | | | | Buy | 11/02 | K | | |
| 33. First Eagle SOGEN FDS Overseas FD Class A | | | | | Buy | 12/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARCIA, ORLANDO L | 05/07/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

All funds in the Texas Tomorrow Fund, a Texas pre-paid tuition program, (listed under Part VII.) have now been expended. The fund balance is zero (0).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544